# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/7/2017                                                      Case Number 2:17-cr-00125
Case Style: USA vs. Antoine E. Skaff
Type of hearing Sentencing
Before the honorable: 2513-Goodwin
Court Reporter Kimberly Kaufman                                      Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government Meredith Thomas

Attorney(s) for the Defendant(s) Steven Ruby and Isaac Forman

Law Clerk Amber Polk                                                 Probation Officer Jeff Gwinn

## Trial Time

## Non-Trial Time

## Court Time

10:00 am   to 12:00 pm
Total Court Time: 2 Hours 0 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 10:00 a.m.
Actual Start 10:00 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court addresses PSR and objections:
Deft objections overruled.
Court adopts findings in PSR.
Court accepts plea agreement.
Court makes U.S.S.G. findings as follows:
   Base Offense Level: 6
   Total Offense Level: 21
   Criminal History: 1
   Custody Range: 37 - 46 months
   Supervised Release Range: 1 - 3 years
   Fine Range:  $15,000 - 1,470,154
   Assessment:  $100
Court addresses Sec. 3553(a) factors.
Parties speak before sentence is imposed.
Pauline Skaff speaks on behalf of the deft
Deft speaks on his own behalf.
After considering advisory U.S.S.G. ranges and Sec. 3553(a) factors, the court imposes sentence as follows:
   Custody: 60 months
   Supervised Release: 3 years
   Fine:  No fine imposed due to the offset of settlement payment.
   Assessment:  $100
Sentence imposed as stated.
Deft advised of right to appeal.

# District Judge Daybook Entry

Deft released on previously executed bond; awaiting report date by the USM
Court recessed at 12:00 p.m.